Darrel L. **SMITH**, Plaintiff—Appellant,

v.

Cheryl K. **PLILER**, Warden; et al., Defendants—Appellees.

No. 04–16177.

D.C. No. CV–03–01568–LKK.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Darrel L. Smith, Repressa, CA, pro se.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

California state prisoner Darrel L. Smith appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to state a claim pursuant to 28 U.S.C. § 1915A. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Smith's claim that he was deprived of a mattress for 24 hours. *See Hernandez v. Denton,* 861 F.2d 1421, 1424 (9th Cir.1988), *vacated on other grounds and remanded* (24 hour deprivation of mattress does not

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

rise to the level of a constitutional violation).

We do not consider claims two, three, and four from Smith's opening brief because those claims are the subject of separate actions in the district court.

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.